**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WOLF RUN HOLLOW, LLC, | CASE NO. 2:14-CV-25 (LEAD CASE) |
| Plaintiff, | |
| V. | CASE NO. 2:14-CV-63 (CONSOLIDATED CASE) |
| KOHL'S DEPARTMENT STORES, INC. ET. AL. | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Motion for Dismissal of all claims with prejudice filed by Plaintiff, Wolf Run Hollow, LLC, the Motion for Dismissal (Dkt. No. 53) is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Wolf Run Hollow, LLC against Defendant Euromarket Designs Inc. d/b/a Crate & Barrel, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them and this Court retains jurisdiction over the settlement agreement between the Parites.

**So ORDERED and SIGNED this 26th day of August, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE